**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH<br><br>Plaintiff(s),<br><br>v.<br><br>ELEVARE SKIN, LLC<br><br><br>Defendant(s). | CASE NO: 2:20–cv–04819–FMO–KS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>30</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: August 7, 2020

                                       /s/ *Fernando M. Olguin*
                                       Fernando M. Olguin
                                       United States District Judge